
RECEIVED
FEB 1 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**2:06cv257**
**JUDGE TRIMBLE**
**MAG. JUDGE WILSON**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2006 FEB -8 P 2: 24
SIG.
BY DEPUTY CLERK

DELLA GASTZKE, ET AL.

VERSUS

LOUISIANA CLERK OF
COURT ASSOCIATION, ET AL.

CIVIL ACTION

NO. 05-1112-JJB-SCR

### RULING AND ORDER

This matter is before the court on a motion by defendants to transfer this action to the Western District of Louisiana (Lake Charles Division) for consolidation with *Karen Robison Woodard v. James Andrus,* Civil Action No. 03-2098, currently pending in that court. The motion is opposed. There is no need for oral argument.

This is a class action challenging the civil filing fee calculations of the clerks of court in Louisiana. The *Woodard* action was filed almost two years ahead of *Gastzke*. While the only defendant in *Woodard* is the Clerk of Court of the 14th Judicial District Court, there is no question that the "first to file" rule is clearly applicable. There is substantial overlap in the issues raised in the two lawsuits. It is in the interests of judicial efficiency and economy that this matter be transferred to the Western District. For the reasons more fully stated in defendants' briefs, the court finds that the motion to transfer should be granted.

\*     \*     \*

ACCORDINGLY, IT IS ORDERED that the motion for transfer be GRANTED

and this action is hereby transferred to the Western District of Louisiana, Lake Charles Division.

Baton Rouge, Louisiana, February 8th, 2006.

DISTRICT JUDGE
JAMES J. BRADY

A TRUE COPY

_____  02/08/06
Deputy Clerk             Date
U. S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Lawrence Talamo  
Clerk of Court

Telephone: 225-389-3500  
Facsimile: 225-389-3501

February 8, 2006

United States District Court
Western District of Louisiana
300 Fannin Street
Shreveport, LA 71101
318-676-4273

RECEIVED
FEB 1 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Re: Civil Action 05-1112-JJB-SCR; Gastzke v. Louisiana Clerk of Court Association

Dear Clerk:

Pursuant to order transferring the above captioned case to your Court, transmitted herewith are:

| | |
|---|---|
| [X] | Certified copy of docket entries |
| [X] | Certified copy of transferral order |
| [X] | Original case file documents — record document # 1 to 89 |

Please acknowledge receipt of the above documents on the copy of this letter.

Respectfully Submitted,

Lawrence Talamo, Clerk

**2:06cv257**
**JUDGE TRIMBLE**
**MAG. JUDGE WILSON**

By: *Nicole R. Joupt*

Deputy Clerk